

14 Wall Street Suite 3D
New York, NY 10005
(212) 968-1001

2490 Black Rock Turnpike #270
Fairfield, CT 06825
(203) 496-5755

FAX. NO.: (212) 968-1008
(NOT FOR LEGAL SERVICE)

Smith@Gwertzmanlaw.com

May 15, 2025

(212) 968- 1006 (Direct Line)

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 17D
New York, NY 10007-1312

Re: American Home Assurance Company
a/s/o Piedmont Office Realty Trust
v. Honeywell International, Inc. et al.
Docket No. 25-CV-1506 (ALC) (KHP)

> **APPLICATION GRANTED:** The Initial Conference set for 5/19/2025 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, June 26, 2025 at 12:30 p.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 05/15/2025

Dear Judge Parker,

This law firm represents the plaintiff in the above-referenced matter. We have received an order from your chambers stating that there is an Initial Case Management Conference scheduled for Monday, May 19, 2025, at 10:00 a.m.

We would like to request an adjournment of this conference to Monday, June 23, 2025 at 10:00 a.m. or to another convenient date for the Court. Defendants' counsel, Neil Sambursky, has no objection to this request. Please advise us if you will grant an adjournment.

Thank you.

Respectfully submitted,

*David S. Smith*

David S. Smith