

1500 Broadway, Suite 2401  
New York, NY 10036

T: (516) 408-2422  
F: (516) 461-3271

Direct Dial: (516) 231-1976  
Email: nicolette.arapis@wglaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2025
```

> Application to extend the deadline to make a filing dismissing Resideo Life Care Solutions, LLC is GRANTED. The filing shall be made by August 25, 2025. The parties shall file another status letter update on the same date.
>
> SO ORDERED:   07/28/2025
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**Re:** **American Home Assurance Company as subrogee of Piedmont Office Realty Trust v. Honeywell International, Inc., Resideo Technologies, Resideo Life Care**
Docket No.:25-CV-1506

Dear Judge Parker:

We represent Defendants Honeywell International Inc. and Resideo Technologies (hereinafter the "Defendants") in the above-referenced matter. Pursuant to the Court's June 30, 2025 Order (ECF. Doc. No. 15), we respectfully submit this letter jointly with Plaintiff's counsel, to provide the Court with a brief update regarding the status of discovery.

Defendants served their Rule 26(a)(1) initial disclosures and will be serving their written discovery requests, including interrogatories and requests for production of documents, within two weeks. Plaintiff has served their Rule 26(a)(1) initial disclosures.

With respect to Defendant Resideo Life Care Solutions, LLC, we have requested that Plaintiff's counsel stipulate to withdraw that entity without prejudice. Plaintiff's counsel has spoken with a representative from Medical Guardian (an entity related to Resideo Life Care Solutions) and is currently waiting for documentation to confirm the dismissal. Accordingly, we respectfully request the Court grant the parties an additional thirty days to confer regarding the status of Resideo Life Care and the appropriate procedural steps. As previously disclosed, Resideo Life Care was sold by Resideo Technologies and has no relationship to the product at issue.

DOCKET NO.:25-CV-1506
JULY 25, 2025
PAGE 2 OF 2

We thank the Court for its attention to this matter and are available should the Court require any further information.

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

NICOLETTE ARAPIS

cc:

GWERTZMAN LEFKOWITS SMITH & SULLIVAN LLP
Christian Sedereas
Sedereas@Gwertzmanlaw.com
Attorney(s) for Plaintiff
14 Wall Street, Suite 3-D
New York, New York 10005
(212) 968-1001
File No. X42-33664Y-00802