

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/25/2025
```

1500 Broadway, Suite 2401  
New York, NY 10036

T: (516) 408-2422  
F: (516) 461-3271

Nicolette Arapis  
Associate

Direct Dial: (516) 231-1976  
Email: nicolette.arapis@wglaw.com

September 25, 2025

**VIA ECF:**  
Hon. Katharine H. Parker  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

> **APPLICATION GRANTED:** The Case Management Conference set for 09/25/2025 at 2:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, October 9, 2025 at 10:30 a.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.     09/25/2025

**Re:** *American Home Assurance Company as subrogee of Piedmont Office Realty Trust v. Honeywell International, Inc., Resideo Technologies, Resideo Life Care*  
Docket No.:25-cv-1506

Dear Judge Parker:

We represent Defendants Honeywell International Inc. and Resideo Technologies (hereinafter the "Defendants") in the above-referenced matter.

Due to a medical emergency with my child, we are requesting a short adjournment of the Case Management Conference scheduled for today Thursday, September 25, 2025 at 2:00pm.

This request is being made with the consent of plaintiff's counsel.

We thank the Court for its attention to this matter and are available should the Court require any further information.

Respectfully submitted,

WEBER GALLAGHER SIMPSON  
STAPLETON FIRES & NEWBY LLP

*/s/ Nicolette Arapis*

NICOLETTE ARAPIS

Weber Gallagher Simpson Stapleton Fires & Newby LLP | www.wglaw.com

**DOCKET NO. 25-CV-1506**
**SEPTEMBER 25, 2025**
**PAGE 2 OF 2**

cc:

Christian Sedereas
*Attorney(s) for Plaintiff*
GWERTZMAN LEFKOWITS SMITH & SULLIVAN LLP\
sedereas@Gwertzmanlaw.com
14 Wall Street, Suite 3-D
New York, New York 10005
(212) 968-1001
File No. X42-33664Y-00802