

1500 Broadway, Suite 2401
New York, NY 10036

Nicolette Arapis
Associate

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:    01/15/2026

**MEMO ENDORSED**

T: (516) 408-2422
F: (516) 461-3271

Direct Dial: (516) 231-1976
Email: nicolette.arapis@wglaw.com

January 15, 2026

**VIA ECF:**
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    ***American Home Assurance Company as subrogee of Piedmont Office Realty Trust v. Honeywell International, Inc., Resideo Technologies, Resideo Life Care***
Docket No.:25-cv-1506

Dear Judge Parker:

We represent Defendants Honeywell International Inc. and Resideo Technologies (hereinafter the "Defendants") in the above-referenced matter. We are writing to respectfully request a 60-day adjournment of the settlement conference currently scheduled for January 21, 2026.

Defendants are in the process of scheduling a metallurgist to conduct the additional testing of the subject valves. Additional time is required to coordinate the inspection and testing. An adjournment will permit the parties to meaningfully evaluate the case with the benefit of this testing.

This is the first request for this relief and is made with the consent of Plaintiff's counsel.

We thank the Court for its attention to this matter and are available should the Court require any further information.

Respectfully submitted,

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

NICOLETTE ARAPIS

Weber Gallagher Simpson Stapleton Fires & Newby LLP | **www.wglaw.com**

**DOCKET NO. 25-CV-1506**
**JANUARY 15, 2026**
**PAGE 2 OF 2**

cc:

Christian Sedereas
*Attorney(s) for Plaintiff*
GWERTZMAN LEFKOWITS & SULLIVAN LLP.
sedereas@Gwertzmanlaw.com
The Chanin Building
122 East 42nd Street
Suite 1607
New York, New York 10168
(212) 968-1001 (ext. 115)
File No. X42-33664Y-00802

**APPLICATION GRANTED:  The  settlement conference in this matter scheduled for Wednesday, January 21, 2026, at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, March 31, 2026, at 10:00 a.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 24, 2026, by 5:00 p.m.</u>**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**01/15/2026**