```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:    03/31/2026
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY *as*
subrogee of PIEDMONT OFFICE REALTY TRUST,

                            Plaintiff,

              -against-

HONEYWELL INTERNATIONAL, INC. et al.,

                        Defendants.
-----------------------------------------------------------------X

**25-CV-1506 (ALC) (KHP)**

**ORDER REQUESTING STATUS UPDATE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties shall file a Joint Status Letter update on discovery by **April 30, 2026**.

      **SO ORDERED.**

DATED:      New York, New York
              March 31, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge