UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

---------------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY *as* subrogee of PIEDMONT OFFICE REALTY TRUST,

Plaintiff,

-against-

HONEYWELL INTERNATIONAL, INC. et al.,

Defendants.
---------------------------------------------------------------X

**25-CV-1506 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter regarding outstanding discovery disputes and requesting a conference before the Court. Plaintiff's request is granted. This action is hereby scheduled for a Case Management Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on **Monday, November 09, 2026 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

However, given that the parties also failed to submit a joint status update as directed by the Court on March 31, 2026, the Parties are also directed to submit a joint status update by **October 15, 2026**, specifically outlining the progress of discovery, if any, and the occurrence of any meet and confers as required by this Court's individual rules.

**SO ORDERED.**

DATED: New York, New York
September 25, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge